UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 23-cv-2673 (AHA) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated February 7, 2024, Plaintiff American Center for Law and Justice ("ACLJ") and Defendant, U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request submitted to the Department's Civil Division, dated July 25, 2023, seeking certain deposition transcripts (if any) and exhibits for certain identified individuals, as well as responses to interrogatories, in *Missouri v. Biden*, Case No. 22-1213 (W.D. La.), as set forth more fully in the request, which is attached to the Complaint. (ECF No. 1-3)  This action was filed on September 12, 2023, and the Department answered the Complaint on October 16, 2023.

2. As stated in a prior status report, the Department's Civil Division reviewed certain items identified by Plaintiff's counsel, provided a response to Plaintiff's counsel by email dated September 30, 2024, and, by email dated October 4, 2024, counsel for Plaintiff advised that all outstanding issues have been resolved, with the exception of the issue of attorneys' fees

and costs.  On January 27, 2025, Plaintiff made a proposal on that issue.  The Defendant requires time to review that proposal and formulate a position in response to it.

3. Based on the above, and pursuant to the Court's order dated February 7, 2024, the parties will file another status report in sixty days unless this case has been resolved prior to that time.

Respectfully submitted,

By:      /s/ John A. Monaghan
JOHN A. MONAGHAN (Bar No. VA109)
AMERICAN CENTER FOR LAW AND JUSTICE
1000 Regent University Dr., RH-422
Virginia Beach, VA 23464
Email: jmonaghan@aclj.org
Telephone: (757) 955-8171
Facsimile: (757) 226-2836

*Counsel for Plaintiff*

AND

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*